IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>SK Foods, L.P., a California limited partnership,<br><br>        Debtor.<br>_____<br><br>Bradley D. Sharp, Chapter 11 Trustee,<br><br>        Plaintiff,<br><br>    v.<br><br>Fred Salyer Irrevocable Trust; and Gerard Rose, as Trustee of the Fred Salyer Irrevocable Trust,<br><br>        Defendants.<br>_____ | 2:12-cv-02274-GEB-KJN<br><br>BK Case No. 09-29162<br><br>Adv. No. 10-02017<br><br>ORDER |

      This Order issues because of representations Defendants Fred Salyer Irrevocable Trust and Gerard Rose, as Trustee of the Fred Salyer Irrevocable Trust, made in the Motion for Order Withdrawing Reference of Bankruptcy Adversary Proceeding filed in this action on September 4, 2012. (ECF No. 1.) Because of these representations, a party shall file a Notice of Related Cases document no later than October 1, 2012, in each action opined to be related. Alternatively, each party shall show

1

1  cause why a sanction should not be imposed for failure to comply with
2  Local Rule 123 ("OSC") in a filing due no later than October 1, 2012. If
3  a hearing is desired on the OSC, it shall be requested in the above
4  referenced filing.

5  Dated:  September 20, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge