IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE                           )
                                )   2:12-cv-02274-GEB-KJN
SK Foods, L.P., a California    )
limited partnership,            )   BK Case No. 09-29162
                                )
                Debtor.         )   Adv. No. 10-02017
_____ )
                                )   ORDER
Bradley D. Sharp, Chapter 11    )
Trustee,                        )
                                )
                Plaintiff,      )
                                )
        v.                      )
                                )
Fred Salyer Irrevocable Trust;  )
and Gerard Rose, as Trustee of  )
the Fred Salyer Irrevocable     )
Trust,                          )
                                )
                Defendants.     )
_____ )

        This Order issues because of representations Defendants Fred
Salyer Irrevocable Trust and Gerard Rose, as Trustee of the Fred Salyer
Irrevocable Trust, made in the Motion for Order Withdrawing Reference of
Bankruptcy Adversary Proceeding filed in this action on September 4,
2012. (ECF No. 1.) Because of these representations, a party shall file
a Notice of Related Cases document no later than October 1, 2012, in
each action opined to be related. Alternatively, each party shall show

cause why a sanction should not be imposed for failure to comply with Local Rule 123 ("OSC") in a filing due no later than October 1, 2012. If a hearing is desired on the OSC, it shall be requested in the above referenced filing.

Dated:  September 20, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge